IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

HARRELL T. RICHARDSON,        *
                              *
         Plaintiff,           *
                              *
v.                            *         CV 111-118
                              *
EDWARD EVANS CUNNINGHAM,      *
                              *
         Defendant.           *

---

### O R D E R

Presently before the Court is Defendant's motion for partial summary judgment on Plaintiff's claim of punitive damages. (Doc. no. 54.) Plaintiff's amended complaint only mentions punitive damages in his prayer for relief. (See Am. Compl. ¶ 35.) Plaintiff admits he "did not plead for punitive damages in either complaint . . ." (Pl.'s Resp., doc. no. 61, at 1) and that any "prayer otherwise was a Scrivener's error" (Pl.'s Surreply to Def.'s Reply, doc. no. 68, at 1). Therefore, there being no claim of punitive damages, Defendant's motion for partial summary judgment (doc. no. 54.) is **GRANTED**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of November, 2012.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA